# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

## No. 201700265

————————————

## UNITED STATES OF AMERICA
Appellee

v.

## TAYLOR N. BROWN
Aviation Structural Mechanic (Safety Equipment) Third Class (E-4),
U.S. Navy
Appellant

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Bethany Payton-O'Brien, JAGC, USN.
Convening Authority: Commander, Navy Region Southwest, San Diego, CA.
Staff Judge Advocate's Recommendation: Captain D.C. King, JAGC, USN.
For Appellant: Major David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 26 February 2018

————————————

Before MARKS, WOODARD, and ELLINGTON, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that as to Charge I and its specification, the language "and electronic devices" appearing twice in the specification was withdrawn and dismissed prior to arraignment.


For the Court



R.H. TROIDL
Clerk of Court